Humberto **REYES**, Plaintiff–Appellant,

v.

**AQUA LIFE CORP.**, Defendant–Appellee.

No. 12–14242.

United States Court of Appeals, Eleventh Circuit.

June 13, 2013.

Sina Negahbani, Miami, FL, for Plaintiff–Appellant.

Peter T. Mavrick, Attorney at Law, Fort Lauderdale, FL, Mark Jay Berkowitz, Attorney at Law, Oakland Park, FL, for Defendant–Appellee.

Before BARKETT and MARCUS, Circuit Judges, and CONWAY,\* District Judge.

PER CURIAM:

Humberto Reyes appeals the district court's order granting judgment as a matter of law in favor of Appellee Aqua Life Corp. A *de novo* review of the record leads us to conclude that Reyes' testimony created a material dispute as to which truck Reyes primarily drove in the course of his employment with Aqua Life and how much each truck weighed. Viewing the evidence in a light most favorable to Reyes, it was improper to grant judgment as a matter of law when a reasonable jury could have decided in his favor on this issue.

Accordingly, we **REVERSE** and **REMAND** for further proceedings consistent with this opinion.